# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LOVATO and PATRICIA LOVATO,<br><br>          Plaintiffs,<br><br>vs.<br><br>CAPITAL ONE SERVICES, LLC, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 09cv1589-JAH (POR)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On December 29, 2009, the parties filed a joint motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 8) The parties' joint motion is based on the settlement of the claims reached by the parties. (<u>Id</u>.) The Court, for good cause shown, GRANTS the joint motion and dismisses the entire action with prejudice. All parties shall bear their own costs and fees.

**IT IS SO ORDERED**

**DATED: January 4, 2010**

_/s/ John A. Houston_

**JOHN A. HOUSTON
United States District Judge**

---

**ORDER DISMISSING CASE WITH PREJUDICE**